**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.  03-80178-CIV-PAINE/JOHNSON

JEFFREY O., et al,

      Plaintiff,

vs

CITY OF BOCA RATON,

      Defendant.

_____/

### ORDER

     **THIS CAUSE** is before the Court on Motion to Compel Answers or Better Answers to Resident Plaintiffs' First Set of Interrogatories (Docket Entry No. 45). This Court has reviewed the pleading filed incident to this matter and is otherwise duly advised. Accordingly, it is hereby

     **ORDERED AND ADJUDGED** that said motion is **GRANTED IN PART AND DENIED IN PART** as follows:

     Plaintiffs' motion as it relates to Interrogatory No. 1 is granted.  Interrogatory No. 1 is relevant to the issues of discrimination raised in the instant lawsuit and is neither overbroad nor unduly burdensome.  The answer provided is incomplete in that it does not state whether all files have been produced and the City's reliance on Rule 33(d) is in any event misplaced in that the burden of answering the interrogatory in the normal course has not been sufficiently explained and the places with the files where the information may be located have not been revealed.  The City is ordered to fully and completely respond to the subject interrogatory within ten (10) days from the date hereof and if it intends on relying on Rule 33(d) it must, at the very least, identify where in these files the answers to the interrogatories may be found.

Plaintiffs' motion as it relates to Interrogatory Nos. 3,6,7,8,16 and 17 is denied. The answers provided to these interrogatories are full and complete. No more is required.

**DONE AND ORDERED** on December 17, 2003, in Chambers, at West Palm Beach, Florida.

LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

CC:    The Honorable James C. Paine
       James K. Green, Esq., Fax No. 561/655-1357
       Gabriel E. Nieto, Esq., Fax No. 561/655-1509
       Randall C. Berg, Jr., Esq., Fax No. 305/358-0910